```
JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
    38 CORPORATE PARK, SUITE D
    IRVINE, CA  92714
    714-474-2055
Attorneys for the Plaintiff
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | COURT NO: 92 A 21172 |
| v. | DEFAULT JUDGMENT |
| BETTY COLEMAN | |
|     Defendant(s). | |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from BETTY COLEMAN

the sum of $2,753.22 as principal, $1,750.02 as accrued prejudgment interest, $140.00 administrative charges, and $72.50 costs, plus $475.00 attorney fees for a total amount of $5,190.74, plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: OCT 1 3 1992

LEONARD A. BROSNAN, CLERK
U.S. District Court
Central District of California

By: _____
    Deputy Clerk